## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN RE: APPLICATION OF JULIE RICARDS FOR ORDER PURSUANT TO PA.R.D.E. 215(C)(1) | : | No. 117 WM 2016 |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of February, 2017, the Application for Extraordinary Relief is **DENIED**.